**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re:     Jasmine C. N. Zanders                    )     Case No. 24-21501
                                    DEBTOR     )

**MOTION TO MODIFY (ABATE) CHAPTER 13 PLAN PAYMENTS**

**COMES NOW** the above-captioned Debtor, by and through Counsel, and for this Motion to Modify (Abate) Chapter 13 Plan Payments, shows the Court as follows:

1.      On November 18, 2024, Debtor filed a Petition and Plan for Chapter 13 relief.

2.      On February 19, 2025, Debtor's Plan was confirmed by Order of this Court.

3.      Debtor has missed Plan payments due to her roommate moving out and Debtor having increased expenses. Debtor has provided wage order information to the Trustee for future payments.

4.      In light of the above, Debtor moves the Court for an order directing the Chapter 13 Trustee to abate all defaulted Plan **payments through June 2025, with increased payments of $682.00 to resume July 2025.**

5.      Debtor's Counsel has performed additional work on this Case post-Confirmation and seeks additional compensation totaling $500.00 to be paid through the Plan for the filing of the Response ($250) to the Trustee's Motion to Dismiss, and for this Motion.

**WHEREFORE,** Debtor prays the Court for an order directing the Chapter 13 Trustee to abate all delinquent Plan payments **through June 2025, with increased payments of $682.00 to resume July 2025**; Awards WM Law $500 in post-confirmation compensation, which is to be paid through the Plan, and for such further relief as the Court deems equitable and proper.

Dated: June 19, 2025                    Respectfully submitted,
                                    WM Law

                                    /s/ Ryan A. Blay
                                    Ryan A. Blay, KS#28110
                                    15095 W. 116th St.
                                    Olathe, KS 66062
                                    Phone (913) 422-0909 / Fax (913) 428-8549
                                    Blay@wagonergroup.com
                                    ATTORNEY FOR DEBTOR(S)

## <u>NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION</u>

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **July 10, 2025,** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **144/151**, Kansas City, Kansas 66101, on **July 22, 2025, at 1:30 p.m.,** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 19, 2025, the foregoing was delivered to parties registered for ECF/PACER electronic notice, and via U.S. Postage 1st Class prepaid to the parties listed below.

**[See attached mailing matrix]**

s/ Ryan A. Blay