**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 17th day of July, 2025.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF KANSAS

In Re:     Jasmine C. N. Zanders                    )     Case No. 24-21501
                                                    Debtor    )

### ORDER APPROVING MOTION TO MODIFY (ABATE & INCREASE) CHAPTER 13 PLAN PAYMENTS, AND APPLICATION FOR COMPENSATION, DOC. NOS. 36/37

On **6/19/2025** Debtor filed **Doc. Nos. 36 and 37,** the Motion to Modify (Abate & Increase) Chapter 13 Plan Payments, and Debtor's Counsel's Application for Compensation (collectively hereinafter the "Motions"). The Court finds that said Motions, having been noticed with an opportunity for hearing, with no objections filed, no hearing held, and having been agreed to by the Chapter 13 Trustee, are satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motions are granted hereby ordering the following:

1.      **Document No. 36** is granted hereby directing the Chapter 13 Trustee to abate all delinquent Plan payments **through June 2025, with increased payments of $682.00 to resume in July 2025**.

2.      **Document No. 37** is granted hereby awarding **WM Law $500.00 in attorney fees** for work performed post-Confirmation, which is to be paid through the Chapter 13 Plan.

**IT IS SO ORDERED.**

                                                    ###

Respectfully Submitted,                             Approved by,
WM Law
                                                    s/ W.H. Griffin
s/ Ryan A. Blay                                     Office of the Chapter 13 Trustee
Ryan A. Blay, KS #28110                             William H. Griffin
15095 W. 116th St.                                  5115 Roe Ave, Ste 200
Olathe, KS 66062                                    Roeland Park, KS 66205-2393
Phone (913) 422-0909 / Fax (913) 428-8549           Phone 913-677-1311 / Fax 913-432-7857
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)