**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 17th day of July, 2025.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE DISTRICT OF KANSAS

In Re:    Jasmine C. N. Zanders                )    Case No. 24-21501
                                    Debtor    )

### ORDER APPROVING MOTION TO MODIFY (ABATE & INCREASE) CHAPTER 13 PLAN PAYMENTS, AND APPLICATION FOR COMPENSATION, DOC. NOS. 36/37

On **6/19/2025** Debtor filed **Doc. Nos. 36 and 37,** the Motion to Modify (Abate & Increase) Chapter 13 Plan Payments, and Debtor's Counsel's Application for Compensation (collectively hereinafter the "Motions"). The Court finds that said Motions, having been noticed with an opportunity for hearing, with no objections filed, no hearing held, and having been agreed to by the Chapter 13 Trustee, are satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motions are granted hereby ordering the following:

1.    **Document No. 36** is granted hereby directing the Chapter 13 Trustee to abate all delinquent Plan payments **through June 2025, with increased payments of $682.00 to resume in July 2025**.

2.    **Document No. 37** is granted hereby awarding **WM Law $500.00 in attorney fees** for work performed post-Confirmation, which is to be paid through the Chapter 13 Plan.

**IT IS SO ORDERED.**

###

Respectfully Submitted,                          Approved by,
WM Law

                                    s/ W.H. Griffin
                                    Office of the Chapter 13 Trustee
s/ Ryan A. Blay                          William H. Griffin
Ryan A. Blay, KS #28110                  5115 Roe Ave, Ste 200
15095 W. 116th St.                       Roeland Park, KS 66205-2393
Olathe, KS 66062                         Phone 913-677-1311 / Fax 913-432-7857
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

United States Bankruptcy Court

District of Kansas

In re:                                                                                          Case No. 24-21501-RDB

Jasmine Ciarra Nichelle Zanders                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 1083-2                               User: admin                                      Page 1 of 1

Date Rcvd: Jul 18, 2025                        Form ID: pdf020                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

**Recip ID              Recipient Name and Address**
db               + Jasmine Ciarra Nichelle Zanders, 5487 North Mercier Avenue, Kansas City, MO 64118-7815

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2025                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:**

**Name              Email Address**

Errin P Stowell

     on behalf of Debtor Jasmine Ciarra Nichelle Zanders stowell@wagonergroup.com
     bankruptcy@wagonergroup.com;ser52985@notify.bestcase.com;wmlecf@gmail.com

Ryan A Blay

     on behalf of Debtor Jasmine Ciarra Nichelle Zanders blay@wagonergroup.com
     bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com

U.S. Trustee

     ustpregion20.wi.ecf@usdoj.gov

William H Griffin

     inquiries@13trusteekc.com

TOTAL: 4

Case 24-21501   Doc# 45   Filed 07/20/25   Page 2 of 2
